738 A.2d 1290

IN THE MATTER OF MICHAEL J. MELLA,
AN ATTORNEY AT LAW.

November 4, 1999.

**ORDER**

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11(a)

recommending that **MICHAEL J. MELLA** of **GARFIELD** who was admitted to the bar of this State in 1968, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **MICHAEL J. MELLA** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **MICHAEL J. MELLA,** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **MICHAEL J. MELLA** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.